| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☒ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Riverside Division

In re:

Taylen True Immortal

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s).

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/18/2023        Taylen True Immortal        /s/ TI
                        Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____        _____        _____
                        Printed name of Debtor 2    Signature of Debtor 2

---

December 2015     This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1002-1.EMP.INCOME.DEC

## Paystub 1 — Check 108890

GBC CONCRETE AND MASONRY CONSTRUCTION
561 Birch St.  Lake Elsinore, CA 92530-2732

Check #: 108890

| Rec#: 4256 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 108890 | Date: 08/11/2023 | | Period 07/30/2023 to 08/05/2023 | |

| Totals: | Hours 40.00 | Gross Pay 2,160.00 | Add-Ons 0.00 | Deductions 373.36 | Net Pay 1,786.64 | YTD Wages 69,120.00 | Reimb 0.00 |
|---|---|---|---|---|---|---|---|

| Paygroup | Hours | Type | Payrate | Wage | Deduction | Check | Ytd |
|---|---|---|---|---|---|---|---|
| | 32.00 | Reg | 54.00 | 1,728.00 | Social Security | 133.92 | 4,285.44 |
| | | | | | Medicare | 31.32 | 1,002.24 |
| | | | | | Federal Income Tax | 71.43 | 3,884.85 |
| | | | | | CA State Income Tax | 83.83 | 2,276.46 |
| | | | | | CA State Disability | 19.44 | 622.08 |
| | | | | | 401(k) Loan 1 | 33.42 | 1,069.44 |

## Paystub 2 — Check 109031

GBC CONCRETE AND MASONRY CONSTRUCTION
561 Birch St.  Lake Elsinore, CA 92530-2732

Check #: 109031

| Rec#: 4389 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 109031 | Date: 08/18/2023 | | Period: 08/06/2023 to 08/12/2023 | |

| Totals: | Hours 40.00 | Gross Pay 2,160.00 | Add-Ons 0.00 | Deductions 373.36 | Net Pay 1,786.64 | YTD Wages 71,280.00 | Reimb 0.00 |
|---|---|---|---|---|---|---|---|

| Paygroup | Hours | Type | Payrate | Wage | Deduction | Check | Ytd |
|---|---|---|---|---|---|---|---|
| | 40.00 | Reg | 54.00 | 2,160.00 | Social Security | 133.92 | 4,419.36 |
| | | | | | Medicare | 31.32 | 1,033.56 |
| | | | | | Federal Income Tax | 71.43 | 3,956.28 |
| | | | | | CA State Income Tax | 83.83 | 2,360.29 |
| | | | | | CA State Disability | 19.44 | 641.52 |
| | | | | | 401(k) Loan 1 | 33.42 | 1,102.86 |

## Paystub 3 — Check 109161

GBC CONCRETE AND MASONRY CONSTRUCTION
561 Birch St.  Lake Elsinore, CA 92530-2732

Check #: 109161

| Rec#: 4510 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 109161 | Date: 08/25/2023 | | Period: 08/13/2023 to 08/19/2023 | |

| Totals: | Hours 40.00 | Gross Pay 2,160.00 | Add-Ons 0.00 | Deductions 373.36 | Net Pay 1,786.64 | YTD Wages 73,440.00 | Reimb 0.00 |
|---|---|---|---|---|---|---|---|

| Paygroup | Hours | Type | Payrate | Wage | Deduction | Check | Ytd |
|---|---|---|---|---|---|---|---|
| | 32.00 | Reg | 54.00 | 1,728.00 | Social Security | 133.92 | 4,553.28 |
| | | | | | Medicare | 31.32 | 1,064.88 |
| | | | | | Federal Income Tax | 71.43 | 4,027.71 |
| | | | | | CA State Income Tax | 83.83 | 2,444.12 |
| | | | | | CA State Disability | 19.44 | 660.96 |
| | | | | | 401(k) Loan 1 | 33.42 | 1,136.28 |

## Paystub 1 — Check 109417

**GBC CONCRETE AND MASONRY CONSTRUCTION**
561 Birch St.  Lake Elsinore, CA 92530-2732

| Rec#: 4752 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 109417 | Date: 09/08/2023 | | Period 08/27/2023 to 09/02/2023 | |
| Totals | Hours 40.00 | Gross Pay 2,160.00 | Add-Ons 0.00 | Deductions 373.36 | Net Pay 1,786.64 | YTD Wages 77,760.00 | Reimb 0.00 |

| Paygroup | Hours | Type | Payrate | Wage |
|---|---|---|---|---|
| | 40.00 | Reg | 54.00 | 2,160.00 |

| Deduction | Check | Ytd |
|---|---|---|
| Social Security | 133.92 | 4,821.12 |
| Medicare | 31.32 | 1,127.52 |
| Federal Income Tax | 71.43 | 4,170.57 |
| CA State Income Tax | 83.83 | 2,611.78 |
| CA State Disability | 19.44 | 699.84 |
| 401(k) Loan 1 | 33.42 | 1,203.12 |

## Paystub 2 — Check 109547

**GBC CONCRETE AND MASONRY CONSTRUCTION**
561 Birch St.  Lake Elsinore, CA 92530-2732

| Rec#: 4871 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 109547 | Date: 09/15/2023 | | Period: 09/03/2023 to 09/09/2023 | |
| Totals | Hours 40.00 | Gross Pay 2,160.00 | Add-Ons 0.00 | Deductions 373.36 | Net Pay 1,786.64 | YTD Wages 79,920.00 | Reimb 0.00 |

| Paygroup | Hours | Type | Payrate | Wage |
|---|---|---|---|---|
| | 40.00 | Reg | 54.00 | 2,160.00 |

| Deduction | Check | Ytd |
|---|---|---|
| Social Security | 133.92 | 4,955.04 |
| Medicare | 31.32 | 1,158.84 |
| Federal Income Tax | 71.43 | 4,242.00 |
| CA State Income Tax | 83.83 | 2,695.61 |
| CA State Disability | 19.44 | 719.28 |
| 401(k) Loan 1 | 33.42 | 1,236.54 |

## Paystub 3 — Check 109678

**GBC CONCRETE AND MASONRY CONSTRUCTION**
561 Birch St.  Lake Elsinore, CA 92530-2732

| Rec#: 4993 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 109678 | Date: 09/22/2023 | | Period: 09/10/2023 to 09/16/2023 | |
| Totals | Hours 40.00 | Gross Pay 2,160.00 | Add-Ons 0.00 | Deductions 373.36 | Net Pay 1,786.64 | YTD Wages 82,080.00 | Reimb 0.00 |

| Paygroup | Hours | Type | Payrate | Wage |
|---|---|---|---|---|
| | 40.00 | Reg | 54.00 | 2,160.00 |

| Deduction | Check | Ytd |
|---|---|---|
| Social Security | 133.92 | 5,088.96 |
| Medicare | 31.32 | 1,190.16 |
| Federal Income Tax | 71.43 | 4,313.43 |
| CA State Income Tax | 83.83 | 2,779.44 |
| CA State Disability | 19.44 | 738.72 |
| 401(k) Loan 1 | 33.42 | 1,269.96 |

## Paystub 1 — Check 109806

**GBC CONCRETE AND MASONRY CONSTRUCTION**
561 Birch St.  Lake Elsinore, CA  92530-2732

Check #: 109806

| Rec#: 5114 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 109806 | Date: 09/29/2023 | | Period 09/17/2023 to 09/23/2023 | |
| | | | Reimb | 0.00 |

| Totals: | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages |
|---|---|---|---|---|---|---|
| | 40.00 | 2,160.00 | 0.00 | 373.36 | 1,786.64 | 84,240.00 |

| Paygroup | Hours | Type | Payrate | Wage |
|---|---|---|---|---|
| | 40.00 | Reg | 54.00 | 2,160.00 |

| Deduction | Check | Ytd |
|---|---|---|
| Social Security | 133.92 | 5,222.88 |
| Medicare | 31.32 | 1,221.48 |
| Federal Income Tax | 71.43 | 4,384.86 |
| CA State Income Tax | 83.83 | 2,863.27 |
| CA State Disability | 19.44 | 758.16 |
| 401(k) Loan 1 | 33.42 | 1,303.38 |

## Paystub 2 — Check 109943

**GBC CONCRETE AND MASONRY CONSTRUCTION**
561 Birch St.  Lake Elsinore, CA  92530-2732

Check #: 109943

| Rec#: 5242 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 109943 | Date: 10/06/2023 | | Period: 09/24/2023 to 09/30/2023 | |
| | | | Reimb | 0.00 |

| Totals: | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages |
|---|---|---|---|---|---|---|
| | 40.00 | 2,160.00 | 0.00 | 373.36 | 1,786.64 | 86,400.00 |

| Paygroup | Hours | Type | Payrate | Wage |
|---|---|---|---|---|
| | 32.00 | Reg | 54.00 | 1,728.00 |

| Deduction | Check | Ytd |
|---|---|---|
| Social Security | 133.92 | 5,356.80 |
| Medicare | 31.32 | 1,252.80 |
| Federal Income Tax | 71.43 | 4,456.29 |
| CA State Income Tax | 83.83 | 2,947.10 |
| CA State Disability | 19.44 | 777.60 |
| 401(k) Loan 1 | 33.42 | 1,336.80 |

## Paystub 3 — Check 110090

**GBC CONCRETE AND MASONRY CONSTRUCTION**
561 Birch St.  Lake Elsinore, CA  92530-2732

Check #: 110090

| Rec#: 5377 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 110090 | Date: 10/13/2023 | | Period: 10/01/2023 to 10/07/2023 | |
| | | | Reimb | 0.00 |

| Totals: | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages |
|---|---|---|---|---|---|---|
| | 40.00 | 2,160.00 | 0.00 | 373.36 | 1,786.64 | 88,560.00 |

| Paygroup | Hours | Type | Payrate | Wage |
|---|---|---|---|---|
| | 36.00 | Reg | 54.00 | 1,944.00 |

| Deduction | Check | Ytd |
|---|---|---|
| Social Security | 133.92 | 5,490.72 |
| Medicare | 31.32 | 1,284.12 |
| Federal Income Tax | 71.43 | 4,527.72 |
| CA State Income Tax | 83.83 | 3,030.93 |
| CA State Disability | 19.44 | 797.04 |
| 401(k) Loan 1 | 33.42 | 1,370.22 |

**GBC CONCRETE AND MASONRY CONSTRUCTION**
561 Birch St.   Lake Elsinore, CA  92530-2732

Check No. 110090

| Rec#: 5377 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 110090 | Date: 10/13/2023 | | Period: 10/01/2023 to 10/07/2023 | |

| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | Reimb |
|---|---|---|---|---|---|---|---|
| Totals: | 40.00 | 2,160.00 | 0.00 | 373.36 | 1,786.64 | 88,560.00 | 0.00 |

| Paygroup | Hours | Type | Payrate | Wage |
|---|---|---|---|---|
| | 36.00 | Reg | 54.00 | 1,944.00 |

| Deduction | Check | Ytd |
|---|---|---|
| Social Security | 133.92 | 5,490.72 |
| Medicare | 31.32 | 1,284.12 |
| Federal Income Tax | 71.43 | 4,527.72 |
| CA State Income Tax | 83.83 | 3,030.93 |
| CA State Disability | 19.44 | 797.04 |
| 401(k) Loan 1 | 33.42 | 1,370.22 |

---

**GBC CONCRETE AND MASONRY CONSTRUCTION**
561 Birch St.   Lake Elsinore, CA  92530-2732

Check No. 110226

| Rec#: 5504 | Emp#: 324 Taylen True Immortal | | Sick Accrued | 12.00 |
|---|---|---|---|---|
| Check: 110226 | Date: 10/20/2023 | | Period: 10/08/2023 to 10/14/2023 | |

| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | Reimb |
|---|---|---|---|---|---|---|---|
| Totals: | 40.00 | 2,160.00 | 0.00 | 373.36 | 1,786.64 | 90,720.00 | 0.00 |

| Paygroup | Hours | Type | Payrate | Wage |
|---|---|---|---|---|
| | 40.00 | Reg | 54.00 | 2,160.00 |

| Deduction | Check | Ytd |
|---|---|---|
| Social Security | 133.92 | 5,624.64 |
| Medicare | 31.32 | 1,315.44 |
| Federal Income Tax | 71.43 | 4,599.15 |
| CA State Income Tax | 83.83 | 3,114.76 |
| CA State Disability | 19.44 | 816.48 |
| 401(k) Loan 1 | 33.42 | 1,403.64 |