Certificate Number: 14912-CAC-DE-037882238

Bankruptcy Case Number: 23-14918



14912-CAC-DE-037882238

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 25, 2023</u>, at <u>3:41</u> o'clock <u>PM EDT</u>, <u>Taylen Immortal</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  October 25, 2023    By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor